IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 JUN -2 PM 3: 25

CLERK J. Hodges
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERUCA )<br>)<br>v. )<br>)<br>RAMON ROSARIO )<br>) | Case No. CR204-032 |

ORDER

The above captioned case filed in the Brunswick Division of this Court having been previously assigned to the Honorable Anthony A. Alaimo.

It is hereby ORDERED that this case be reassigned to the Honorable Lisa Godbey Wood for further plenary disposition.

SO ORDERED, this 2nd day of June, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA